**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6993**

UNITED STATES OF AMERICA,

               Plaintiff - Appellee,

     v.

THERON JERMAINE THOMPSON, a/k/a Freak,

               Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Louise W. Flanagan, District Judge.  (4:08-cr-00004-FL-1)

Submitted:  January 21, 2021               Decided:  February 4, 2021

Before WILKINSON and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Theron Jermaine Thompson, Appellant Pro Se.  Jennifer P. May-Parker, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theron Jermaine Thompson appeals from the district court's order granting in part and denying in part his motion for a sentence reduction pursuant to the First Step Act of 2018, Pub. L. No. 115-391, § 404, 132 Stat. 5194, 5222, and denying his motion for a temporary furlough pursuant to 18 U.S.C. § 3622. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Thompson*, No. 4:08-cr-00004-FL-1 (E.D.N.C. July 2, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*